**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV-01-1266 ADM/SRN**

| | |
|---|---|
| Stanley Stocker,<br><br>Plaintiff,<br><br>vs.<br><br>America's Networks, Inc., Emory Mullinax, and Mrs. Jenkins,<br><br>Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and his attorneys, and Defendants and their attorney that the above-entitled action against Defendants, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Sept. 21, 2001.

**THE BARRY LAW OFFICE, LTD.**

By: [signature]
Peter F. Barry, Esq.
**Attorney for Plaintiff**
Attorney I.D.**#0266577**
342 East County Road D
St. Paul, Minnesota 55117
Telephone: (651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
**Attorney for Plaintiff**
Attorney I.D. **#0249646**
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

Dated: Sept. 24, 2001.

**BASSFORD LOCKHART TRUESDELL & BRIGGS, P.A.**

By: [signature]
Michael Klutho, Esq.
**Attorney for Defendant**
Attorney I.D. **#186302**
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000



J:\37000\37283 Stocker, Stanley v. Americas Network (PFB)\Stip of Dismissal with Pred..doc

SEP 26 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

ANN D. MONTGOMERY
U.S. DISTRICT COURT JUDGE

Dated: September 26, 2001